UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           Criminal Case No. 24-20174
                                                          Honorable Linda V. Parker

LEROY BENJAMIN YOUNG,

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO AMEND DETENTION ORDER (ECF NO. 30)

This matter is before the Court on Leroy Benjamin Young's ("Defendant") motion to amend the Court's June 3, 2024 Order denying his motion for revocation of the detention order. (ECF No. 30.) The Court has considered the arguments and finds them to be without merit as they fail to address the Court's findings that all factors under the Bail Reform Act, 18 U.S.C. § 3145(g), either weigh in favor of detention or remain neutral. The possibility of a third-party custodian does not resolve these findings of dangerousness. Defendant's motion to amend his detention order is **DENIED**.

    **SO ORDERED**

                                                                         s/ Linda V. Parker
                                                                        LINDA V. PARKER
                                                                        U.S. DISTRICT JUDGE

Dated: June 17, 2024